AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.
Antonio CASANOVA
*Defendant(s)*

Case No. B-19-576-MJ

United States District Court
Southern District of Texas
FILED
MAY 15 2019
David J. Bradley, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 05/14/2019 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841 & 846 | knowingly and intentionally possessed and conspired to possess with others known and yet unknown with the intent to distribute 5.46 kilograms of cocaine, 1.22 kilograms of methamphetamine, both Schedule II controlled substances and 2.0 kilograms of heroin, a Schedule I controlled substance. |

This criminal complaint is based on these facts:

On Tuesday, May 14, 2019, at approximately 8:50 p.m. Antonio CASANOVA (CASANOVA) arrived at the United States Border Patrol Checkpoint in Kingsville, Texas as the driver and sole occupant of a red tractor trailer. As CASANOVA arrived at the primary inspection lane, a Border Patrol narcotics detection K-9 alerted to the odor of narcotics near the drivers side door of the tractor trailer. Further inspection of the tractor trailer by Border Patrol Agents (BPAs) revealed nine (9) rectangular shaped bundles wrapped in black electrical tape. BPAs performed field test of each bundle resulting in five (5) bundles testing positive for cocaine weighing 5.46 kilograms, three (3) bundles testing positive for heroin weighing 2.0 kilograms, and one (1) bundle testing positive for methamphetamine weighing 1.22 kilograms. During an interview CASANOVA voluntarily waived his Miranda Rights and made statements admitting to knowledge of the narcotics in the tractor trailer and further admitting to being paid for transporting the narcotics.

☐ Continued on the attached sheet.

*Complainant's Signature*

Mark Worland    Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

5-15-2019
*Date*

Brownsville, Texas
*City and State*

*Judge's signature*

Ignacio Torteya III    U.S. Magistrate Judge
*Printed name and title*